EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Medidas Judiciales para<br>Atender emergencias causadas<br>por el Huracán Earl | 2010 TSPR 191<br><br>179 DPR ____ |

Número del Caso: EM-2010-06

Fecha: 31 de agoto de 2010

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales para
atender emergencias causadas
por el Huracán Earl                    EM-2010-06


RESOLUCIÓN

San Juan, Puerto Rico, a 31 de agosto de 2010.


Ayer, 30 de agosto de 2010 el Servicio Nacional de Meteorología emitió un aviso de huracán para las islas de Vieques y Culebra, y una vigilancia de huracán para Puerto Rico. En vista de ello, y salvaguardando la seguridad de los empleados, se decretó la suspensión de los trabajos en la Rama Judicial y el cierre de las Secretarías y de los Tribunales durante toda la tarde, con cargo a la licencia por desastre natural.

Debido a los efectos que dejó el huracán Earl, y a que en muchas áreas del país los servicios de energía eléctrica, agua, y teléfono, han quedado interrumpidos, los Tribunales y las distintas dependencias de la Rama Judicial permanecerán cerradas durante todo el día de hoy, 31 de agosto de 2010.

Como resultado de lo anterior y al amparo de nuestra facultad de reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en

los artículos  399 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el día de hoy 31 de agosto de 2010 como si fuera día feriado.

Cualquier término a vencer ese día se extenderá hasta el próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo